UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL, | No. 2:15-cv-0771 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| MERCY HOUSING, et al., | |
| Defendants. | |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff states he receives disability benefits from Social Security. Plaintiff also states he has a lump sum of money from Social Security but does not state the amount. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application setting forth the lump sum amount he has from Social Security and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated:  April 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 oneal.inc

2